# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

**BECKY LYNN JONES-MANES**                                                                  PLAINTIFF

v.                                    CASE NO. 1:10CV00003 BSM

**BOB BARNETT**, individually, and in his official capacity as an Administrator in the Independence County Detention Center;
**KEITH BOWERS**, individually, and in his official capacity as Sheriff of Independence County, Arkansas;
**RHONDA FAIRCLOTH DOWELL**, individually, and in her official capacity as Assistant Administrator of the Independence County Detention Center;
**RICHARD SHEPPARD**, individually, and in his official capacity as a jailer in and for the Independence County Detention Center;
**MELISSA HOOD**, individually, and in her official capacity as a jailer in and for the Independence County Detention Center;
**TONYA TEMPLIN**, individually, and in her official capacity as a jailer in and for the Independence County Detention Center;
**DENISE VANOVEN**, individually, and in her official capacity as a jailer in and for the Independence County Detention Center; and
**INDEPENDENCE COUNTY, ARKANSAS**                                                           DEFENDANTS

## ORDER OF DISMISSAL

Upon notice from the parties that a settlement has been reached, the case is hereby DISMISSED with prejudice.

IT IS SO ORDERED this 17th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE